IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REGINA TERWILLIGER                                                                                          PLAINTIFF

V.                                          Case No. 09-CV-4055

HOWARD MEMORIAL HOSPITAL;
QUORUM HEALTH RESOURCES, LLC;
KIM HOWARD; and GAYLA LACEFIELD                                                          DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants. (Doc. 23). Plaintiff Regina Terwilliger has responded. (Doc. 30). Defendants have filed a reply. (Doc. 35). Plaintiff has filed a sur-reply. (Doc. 36). The Court finds the matter ripe for consideration.

For reasons discussed in the Memorandum Opinion of even date, the Court finds that the Motion for Summary Judgment filed by Defendants should be and hereby is **GRANTED IN PART and DENIED IN PART**. Plaintiff's interference claim will proceed to trial as scheduled, and her retaliation claim is hereby dismissed with prejudice.

IT IS SO ORDERED, this 27th day of January, 2011.

        /s/ Harry F. Barnes
   Hon. Harry F. Barnes
   United States District Judge