IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REGINA TERWILLIGER     PLAINTIFF

V.     Case No. 09-CV-4055

HOWARD MEMORIAL HOSPITAL;
QUORUM HEALTH RESOURCES, LLC;
KIM HOWARD; and GAYLA LACEFIELD     DEFENDANTS

## JUDGMENT

Before the Court is a Renewed Motion for Summary Judgment filed by Defendants. (ECF No. 51). Plaintiff Regina Terwilliger has responded. (ECF No. 56). Defendants have filed a reply. (ECF No. 58). The Court finds the matter ripe for consideration. For reasons discussed in the Memorandum Opinion of even date, the Court finds that the Renewed Motion for Summary Judgment filed by Defendants should be and hereby is **GRANTED**. Plaintiff's interference claim is **DISMISSED WITH PREJUDICE**. Because there exist no remaining claims in this lawsuit, the Clerk is directed to close the case.

IT IS SO ORDERED, this 18th day of November, 2011.

                                               /s/ Susan O. Hickey
                                               Hon. Susan O. Hickey
                                               United States District Judge